# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 13, 2022

## NO. 03-22-00233-CV

**Bellingham Enterprises, LLC, Appellant**

**v.**

**Colby Constructors, LLC; Travis County Commissioners Court; Andy Brown in his Official Capacity as County Judge; Margaret Gómez in her Official Capacity as County Commissioner; Ann Howard in her Official Capacity as County Commissioner; Brigid Shea in her Official Capacity as County Commissioner; and Jeff Travillion in his Official Capacity as County Commissioner, Appellees**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the final orders signed by the trial court on April 1, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the orders. Therefore, the Court affirms the trial court's final orders. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.